HELENA RANELLI, Respondent, *v.* SOCIETY OF THE NEW YORK HOSPITAL, Appellant.

Argued January 8, 1946; decided April 18, 1946.

*Joseph H. Choate, Jr.,* and *Paul E. Lord* for appellant. *Myron Wisoff* and *Henry J. Beilman* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER and DYE, JJ. MEDALIE, J., deceased.